STATE OF NEW JERSEY v. DWIGHT BRAMLETT.

March 5, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR BWINES a/k/a
GEORGE HAMMOND a/k/a LOUIS S. NOEL.

March 5, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. FRANK MALLAMACI.

February 21, 1973. Petition for certification denied.

THOMAS, LIMITED v. DEPARTMENT OF THE TREASURY,
STATE OF NEW JERSEY.

March 5, 1973. Petition for certification denied. (121
*N. J. Super.* 577)

STATE OF NEW JERSEY v. ROBERT PARRILLO.

March 5, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. TIMOTHY INGRAHAM.

March 5, 1973. Petition for certification denied.